UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DEALER TRADE NETWORK HOLDCO, LLC d/b/a DEALER TRADE NETWORK,<br><br>    PLAINTIFF,<br><br>v.<br><br>PAUL T. LYNCH, ET AL.,<br><br>    DEFENDANTS. | CASE NO. 3:23-CV-411-RGJ<br><br>*Electronically Filed* |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff Dealer Trade Network Holdco, LLC d/b/a Dealer Trade Network ("DTN") and Defendants Paul T. Lynch, Paul Jackson, Taylor Leonard, Joshua M. Maier, Patrick J. Vogt, and Elite Auto Exchange LLC, have completely resolved the matters at issue in this action by settlement among the parties. Accordingly, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c)(1), as evidenced by the signatures below of all parties that have appeared in this action, the parties jointly stipulate that this action, including all claims and counterclaims, is hereby DISMISSED WITH PREJUDICE.

– 2 –

Respectfully submitted,

/s/ Jeffrey S. Moad
Jeffrey S. Moad
Zachary D. Losey
STITES & HARBISON, PLLC
400 W. Market Street, Ste. 1800
Louisville, KY 40202
Telephone: (502) 587-3400
Email: jmoad@stites.com
       zlosey@stites.com

Robin E. McGuffin
Kyle Schroader
STITES & HARBISON, PLLC
250 West Main Street, Suite 2300
Lexington, KY 40507
Telephone: (859) 226-2300
Email: rmcguffin@stites.com
       kschroader@stites.com

*Counsel for Dealer Trade Network*

/s/ Thomas C. Gleason (with permission)
Cory J. Skolnick
Thomas C. Gleason
J. Austin Hatfield
FROST BROWN TODD LLP
400 W. Market Street, Ste. 3200
Louisville, KY 40202
Telephone: (502) 589-5400
Email: cskolnick@fbtlaw.com
       tgleason@fbtlaw.com
       ahatfield@fbtlaw.com

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I certify that on November 13, 2023, I served this document on all counsel of record through CM/ECF.

/s/ Jeffrey S. Moad
*Counsel for Dealer Trade Network*