UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DEALER TRADE NETWORK HOLDCO, LLC d/b/a DEALER TRADE NETWORK,<br><br>   PLAINTIFF,<br><br>v.<br><br>PAUL T. LYNCH, ET AL.,<br><br>   DEFENDANTS. | CASE NO. 3:23-CV-411-RGJ<br><br>*Electronically Filed* |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

All parties that have appeared in this action having stipulated under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c)(1) that this action, including all claims and counterclaims, is dismissed with prejudice, and the parties having further agreed to tender this Agreed Order pursuant to paragraph 5 of the Court's October 17, 2023 Order (DN 57), IT IS HEREBY ORDERED that:

(1) This action, including all claims and counterclaims in this action, is DISMISSED WITH PREJUDICE.

(2) As a result of the parties' settlement and dismissal of the lawsuit, the Court's August 9, 2023, Temporary Restraining Order (DN 11) and subsequent orders extending and supplementing that that order (DN 33, DN 34), which were previously dissolved without prejudice in the October 17, 2023 Order (DN 57), are now hereby DISSOLVED WITH PREJUDICE.

Case 3:23-cv-00411-RGJ   Document 54   Filed 11/16/23   Page 2 of 2 PageID #: 927

– 2 –

*/s/ Jeffrey S. Moad*
Jeffrey S. Moad
Zachary D. Losey
STITES & HARBISON, PLLC
400 W. Market Street, Ste. 1800
Louisville, KY 40202
Telephone: (502) 587-3400
Email: jmoad@stites.com
       zlosey@stites.com

Robin E. McGuffin
Kyle Schroader
STITES & HARBISON, PLLC
250 West Main Street, Suite 2300
Lexington, KY 40507
Telephone: (859) 226-2300
Email: rmcguffin@stites.com
       kschroader@stites.com

*Counsel for Dealer Trade Network*

*/s/ Thomas C. Gleason (with permission)*
Cory J. Skolnick
Thomas C. Gleason
J. Austin Hatfield
FROST BROWN TODD LLP
400 W. Market Street, Ste. 3200
Louisville, KY 40202
Telephone: (502) 589-5400
Email: cskolnick@fbtlaw.com
       tgleason@fbtlaw.com
       ahatfield@fbtlaw.com

*Counsel for Defendants*

November 15, 2023

Rebecca Grady Jennings, District Judge
United States District Court

– 2 –